# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00020-CV

**Agbolade Odutayo, Appellant**

**v.**

**Richards Memorial Hospital, et al., Appellees**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. CV32,075, HONORABLE JAN P. PATTERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's notice of appeal was filed on January 7, 2013, and the appellate record was complete on April 1, making appellant's brief due May 1. Appellant attempted to file two motions seeking an extension of time, but both were rejected because they did not comply with the rules of appellate procedure. On August 8, acting on our own motion, we issued an order requiring appellant to file a brief, along with a proper motion for extension of time, no later than August 26, cautioning that a failure to file by that date would result in the dismissal of the appeal. To date, appellant has not filed a brief or motion or otherwise responded to our order.

We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Prosection

Filed:   October 16, 2013